

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*New York, NY 10278*

July 16, 2025

The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Alvarado Alvarez et al.</u>, 24 Cr. 498

Dear Judge Willis:

    The defendants charged in 24 Cr. 498—Jose Mariana Alvarado Alvarez, Hector Rigoberto Caal Caal, and Jose Manuel Aguilar Garcia—arrived in this District on an extradition from Guatemala on the evening of July 15, 2025. The Government respectfully requests the unsealing of indictment 24 Cr. 498, the charging instrument against these three defendants.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:    _____
    Jane Chong
    Assistant United States Attorney
    (212) 637-2263

SO ORDERED.

_____
THE HON. JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK