

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, NY 10278*

November 3, 2025

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

    Re:    *United States v. Alvarado Alvarez et al.*, 24 Cr. 498 (JAV)

Dear Judge Vargas:

    The Court has scheduled a status conference for four defendants in this case (Jose Mariano Alvarado Alvarez, Hector Rigoberto Caal Caal, Jose Manuel Aguilar Garcia, and Joaquin Nunez Diaz) and an initial conference for the remaining two defendants (Alveiro Rodriguez Zaraza and Gerry Lupercio Bravo Rodriguez), to take place during a combined proceeding on November 5, 2025, at 11:00 a.m.

    With defense counsel's consent, the Government requests (i) a 60-day adjournment of the status conference for defendants Alvarado Alvarez, Caal Caal, Aguilar Garcia and Nunez Diaz so that the parties can continue conferring about a possible pretrial disposition, and (ii) the exclusion of time under the Speedy Trial Act through the next conference date. The ends of justice served by excluding such time outweigh the interests of the public and defendants in a speedy trial for the above-stated reason. The Government does not seek an adjournment of the initial conference scheduled for defendants Rodriguez Zaraza and Bravo Rodriguez.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____/s/_____
Jane Y. Chong
Assistant United States Attorney
(917) 763-3172

By CM/ECF:  Julian Brod, Esq. (for defendant Alvarado Alvarez)
Richard Rosenberg, Esq. (for defendant Caal Caal)
Lauren DiChiara, Esq. (for defendant Aguilar Garcia)
Mark Gombiner, Esq. (for defendant Nunez Diaz)
Donna Newman, Esq. (for defendant Rodriguez Zaraza)
Jill Shellow, Esq. (for defendant Bravo Rodriguez)

The Government's request is GRANTED. The initial conference scheduled for November 5, 2025 will go forward for defendants Alveiro Rodriguez Zaraza and Gerry Lupercio Bravo Rodriguez. However, the status conference for defendants Jose Mariano Alvarado Alvarez, Hector Rigoberto Caal Caal, Jose Manuel Aguilar Garcia, and Joaquin Nunez Diaz will be rescheduled to January 7, 2026, at 11:00 am in Courtroom 14C, 500 Pearl Street, New York, NY 10007 before Judge Jeannette A. Vargas. A separate order will enter today regarding the exclusion of time.

SO ORDERED.

Dated: November 4, 2025

_____
JEANNETTE A. VARGAS
U.S. DISTRICT JUDGE