

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

May 20, 2026

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

      Re:     *United States v. Alvarado Alvarez et al.*, 24 Cr. 498 (JAV)

Dear Judge Vargas:

The Court has scheduled a status conference for defendants Jose Mariano Alvarado Alvarez, Hector Rigoberto Caal Caal, Alveiro Rodriguez Zaraza, and Gerry Lupercio Bravo Rodrigue to take place on May 21, 2026.

The parties believe that, with a brief adjournment, certain pretrial dispositions may be reached as to these defendants. With defense counsel's consent, the Government thus requests (i) a 30-day adjournment of the status conference for these defendants so that the parties can continue conferring about potential pretrial dispositions, and (ii) the exclusion of time under the Speedy Trial Act through the next conference date for the same reason.

The parties made three prior adjournment requests as to as to Jose Mariano Alvarado Alvarez, and Hector Rigoberto Caal Caal, and two prior adjournment requests as to Alveiro Rodriguez Zaraza and Gerry Lupercio Bravo Rodriguez, which were granted by the Court. A proposed order for exclusion of time is being submitted with this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____

Jane Y. Chong
Assistant United States Attorney
(917) 763-3172

By CM/ECF:  Julian Brod, Esq., and Jason Driscoll, Esq. (for defendant Alvarado Alvarez)
Richard Rosenberg, Esq., and Clara Kalhous, Esq. (for defendant Caal Caal)
Donna Newman, Esq. (for defendant Rodriguez Zaraza)
Jill Shellow, Esq. (for defendant Bravo Rodriguez)

The Government's request for adjournment is GRANTED. The status conference set for May 21, 2026 is adjourned to June 22, 2026 at 12:30 pm. The Clerk of Court is directed to terminate ECF No. 75. SO ORDERED.

Dated: May 20, 2026          JEANETTE A. VARGAS
United States District Judge