**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

September 18, 2026

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Alvarado Alvarez et al.*, 24 Cr. 498 (JAV)

Dear Judge Vargas:

The Court has scheduled a status conference for defendants Jose Mariano Alvarado Alvarez, Alveiro Rodriguez Zaraza, and Gerry Lupercio Bravo Rodrigue to take place on September 25, 2026.

The parties are conferring and believe that certain pretrial dispositions will be reached as to these defendants. With defense counsel's consent, the Government thus requests (i) an adjournment of the status conference for these defendants until after October 9, 2026 so that the parties can continue conferring about potential pretrial dispositions, and (ii) the exclusion of time under the Speedy Trial Act through the next conference date for the same reason.

The parties made six prior adjournment requests as to as to Jose Mariano Alvarado Alvarez, and five prior adjournment requests as to Alveiro Rodriguez Zaraza and Gerry Lupercio Bravo Rodriguez, which were granted by the Court. A proposed order for exclusion of time is being submitted with this letter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: /s/
Jane Y. Chong
Assistant United States Attorney
(917) 763-3172

The request for an adjournment is GRANTED. The status conference set for September 25, 2026 is adjourned to October 15, 2026 at 11:00 am. The Clerk of Court is directed to terminate ECF No. 114.

SO ORDERED.

Dated: September 18, 2026

JEANNETTE A. VARGAS
United States District Judge

By CM/ECF: Julian Brod, Esq., and Jason Driscoll, Esq. (for defendant Alvarado Alvarez)
Donna Newman, Esq. (for defendant Rodriguez Zaraza)
Jill Shellow, Esq. (for defendant Bravo Rodriguez)